[No. 19167–5–I.   Division One.   March 2, 1987.]

*In the Matter of the Marriage of* MARY BUTCHER, *Petitioner, and* JESS BUTCHER, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 14763, Howard A. Patrick, J., entered September 5, 1986. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.

[No. 16847–9–I.   Division One.   March 2, 1987.]

*In the Matter of the Marriage of* WILLIAM L. LEPINSKI, *Appellant, and* KATHRYN E. LEPINSKI, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83–3–09531–3, George H. Revelle, J. Pro Tem., entered June 20, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 16571–2–I.   Division One.   March 2, 1987.]

ST. PAUL'S ANGLICAN ORTHODOX CHURCH, ET AL, *Respondents,* v. ENRIGHT A. LORENZ, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–01190–2, Frank J. Eberharter, J., entered May 30, 1985. *Affirmed* by unpublished opinion per Murphy, J. Pro Tem., concurred in by Dore and Holte, JJ. Pro Tem.